**Opinion issued March 25, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00793-CV

————————————

**ARMOND SHAKIR AND SILVINA DIAZ, Appellants**

**V.**

**OAKS OF WESTCHASE APARTMENTS, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1233708**

## MEMORANDUM OPINION

Appellants' brief was due to be filed on January 9, 2025. Notice issued on January 16, 2025 advising appellants that their briefs were past due and stating that, unless the briefs or motions for extension were filed within 10 days, the appeal was subject to dismissal for want of prosecution. No response was received.

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 42.3(b), 43.2(f).

Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.